# In the United States Court of Federal Claims

No. 13-402T, 13-917T, 13-935T, 13-972T, 14-47T, 14-93T, 14-174T, 14-175T, 17-997T

(Filed: 10 February 2021)

```
*****************************************
ALTA WIND I OWNER LESSOR C,            *
et al.,                                *
                                       *
              Plaintiffs,              *
                                       *
v.                                     *
                                       *
THE UNITED STATES,                     *
                                       *
              Defendant.               *
                                       *
*****************************************
```

## ORDER

     As agreed by counsel for the parties, the Court will hold oral argument on the parties' "Joint Motion for Resolution of Pending Discovery-Related Issues" on **23 February 2021 at 10:30am (EST)**. The Court will hold the oral argument via Zoom videoconference, or telephone if needed. The Court will separately send instructions for joining the videoconference.

     **IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge
